UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHAWN RINGLING,

                              Plaintiff,

        v.

PLUG POWER INC, TOM ROURKE, TOM
O'GRADY,

                              Defendants.

**STIPULATION OF
DISCONTINUANCE**

Civil Action No.:
1:23-cv-00572 (LEK/ML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: _3/6/2024_

PHILLIPS & ASSOCIATES, PLLC

By:_____
        Laura E. Bellini, Esq.
45 Broadway Suite 403
New York, New York 10006
Telephone: (212) 248-7431
Fax: (212) 901-2107
E-mail: lbellini@tpglaws.com
*Attorneys for Plaintiff*

Dated:___March 22, 2024_____

BOND, SCHOENECK & KING, PLLC

By:_____
        Paul J. Buehler, III, Esq.
22 Corporate Woods Blvd., Suite 501
Albany, NY 12211
Telephone: (518) 533-3216
Fax: (518) 533-3299
E-mail:  pbuehler@bsk.com
*Attorneys for Defendants Plug Power Inc.,
Thomas Rourke*

14

17188727.8 3/5/2024

Dated:  March 8, 2024

TULLY RINCKEY, PLLC

By: Matthew P. Ricci

Digitally signed by Matthew P. Ricci
DN: cn=Matthew P. Ricci, o, ou,
email=mricci@fedattorney.com, c=US
Date: 2024.03.08 14:30:33 -05'00'

   Matthew P. Ricci, Esq.
   Allen A. Shoikhetbrod, Esq.
441 New Karner Road
Albany, New York 12205
Telephone: (518) 640-1226
Fax: (518) 218-0496
E-mail: mricci@fedattorney.com
*Attorneys for Defendant Thomas O'Grady*

IT IS SO ORDERED:

Lawrence E. Kahn
Senior U.S. District Judge

Dated: March 26, 2024

15